# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
### No. 24-1218V

| | |
|---|---|
| JASMINE DENNIE,<br><br>    Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>    Respondent. | Chief Special Master Corcoran<br><br>Filed: November 24, 2025 |

*Elizabeth Kyla Abramson*, Maglio Christopher & Toale, PA, Washington, DC, for Petitioner.

*Julianna Rose Kober*, U.S. Department of Justice, Washington, DC, for Respondent.

### DECISION ON ATTORNEY'S FEES AND COSTS[1]

  On August 8, 2024, Jasmine Dennie filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleged that she suffered a shoulder injury related to vaccine administration following an influenza vaccine administered on October 15, 2023. Petition, ECF No. 1. On May 27, 2025, I issued a decision awarding compensation to Petitioner based on the Respondent's proffer. ECF No. 30.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet**. In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

On June 25, 2025, Petitioner filed a motion for attorney's fees and costs, requesting an award of $33,704.50 (representing $29,195.90 in fees plus $4,508.60 in costs). Application for Attorneys' Fees and Costs ("Motion"), ECF No. 35. Furthermore, Petitioner filed a signed statement representing that no personal out-of-pocket expenses were incurred. ECF No. 35-4.

Respondent reacted to the motion on July 9, 2025, indicating that he is satisfied the statutory requirements for an award of attorneys' fees and costs are met in this case but deferring resolution of the amount to be awarded to my discretion. Motion at 2-4, ECF No. 37. Petitioner filed a reply requesting an award of fees and costs as indicated in the Motion. ECF No. 38.

On October 10, 2025, I issued a Decision on Attorney's Fees awarding the full amount requested (ECF No. 39), and Judgment entered on October 15, 2025 (ECF No. 41). Five days later, Petitioner filed a joint motion on behalf of the parties requesting that the Judgment related to my award of attorney's fees and costs in this case be amended to reflect a lower amount of attorney's costs following the unexpected receipt of a $500.00 refund from Petitioner's expert. Joint Motion for Relief from Judgement, filed Oct. 20, 2025, ECF No. 42. On November 24, 2025, I grant the parties motion and instructed the Clerk to withdraw the Fee Decision and vacate the subsequent Judgement. ECF No. 44.

I have reviewed the billing records submitted with Petitioner's request and subsequent motion reporting that the attorney's costs in this case should be $500.00 lower than what was originally requested. In my experience, the request appears reasonable, and I find no cause to reduce the requested hours or rates as amended. Furthermore, Petitioner has provided supporting documentation for all claimed costs. ECF No. 35-3. Respondent offered no specific objection to the rates or amounts sought. I find the requested costs reasonable and hereby award them in full.

The Vaccine Act permits an award of reasonable attorney's fees and costs for successful claimants. Section 15(e). Accordingly, I hereby GRANT Petitioner's Motion for attorney's fees and costs. **Petitioner is awarded attorneys' fees and costs in the total amount of $33,204.50 (representing $29,195.90 in fees plus $4,008.60 in costs) to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement.** In the absence of a timely-filed motion for review (see Appendix B to the Rules of the Court), the Clerk of Court shall enter judgment in accordance with this decision.[3]

---

[3] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing their right to seek review.

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master
